UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
DEIDRE VINSON EL, RAS JAI BEY, and :
AKEEM UMAR KAWADOW BEY, :
:
                Plaintiffs, :
    v. :    MEMORANDUM & ORDER
:     20-CV-1492 (WFK)(PK)
ANDREW CUOMO, State of New York Governor, :
WILLIAM BARR, United States Attorney :
General, and MIKE POMPEO, United States :
Secretary of State, :
:
                Defendants. :
-----------------------------------------------------------------X

**WILLIAM F. KUNTZ, II, United States District Judge:**

On March 16, 2020, Plaintiffs, proceeding *pro se*, commenced this action by submitting an "Affidavit of Fact" and a "Notice of Public Records Correction." ECF No. 1. In a letter dated March 20, 2020, the Deputy Clerk of Court alerted Plaintiffs they needed to file a complaint so the court could "determine the nature of your claim" and to either pay the $400 filing fee or file a request to procced *in forma pauperis*. ECF No. 2 at 1. The Deputy Clerk enclosed copies of the forms and directed Plaintiffs to complete and return them within 14 days. *Id.* The letter expressly warned: "If you do not comply, your case will not proceed and may be dismissed." *Id.* To date, Plaintiffs have not returned the forms or otherwise responded to the Deputy Clerk's letter.

Accordingly, it is ORDERED this action is dismissed without prejudice. The Clerk of Court is respectfully requested to mail this Order to Plaintiffs at the addresses of record, to note such mailing on the docket, and to close this case. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) any appeal from this Order would not be taken in good faith and therefore *in forma*

1

*pauperis* status is denied for purpose of an appeal. *Coppedge v. United States*, 369 U.S. 438, 444–45 (1962).

**SO ORDERED.**

_s/ WFK_
WILLIAM F. KUNTZ II
UNITED STATES DISTRICT JUDGE

Dated: April 30, 2020
      Brooklyn, New York